```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HERNAN VARGAS-GUTIERREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:11-cr-00260-KJM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING** |
| ) | **STATUS CONFERENCE AND EXCLUDING** |
| v. ) | **TIME** |
| ) | |
| HERNAN VARGAS-GUTIERREZ ) | DATE: September 1, 2011 |
| ) | TIME: 10:00 a.m. |
| Defendant. ) | JUDGE: Hon. Kimberly J. Mueller |
| ) | |
| _____ ) | |

    HERNAN VARGAS-GUTIERREZ, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHELE BECKWITH, Assistant United States Attorney, hereby agree that the status conference set for September 1, 2011, be continued to September 22, 2011, at 10:00 a.m.

    This continuance is being requested because defense counsel requires additional time to review discovery, discuss the case with the government, and pursue investigation.

    Counsel, along with the defendant agree that the time from the date of this order through September 22, 2011, should be excluded in computing the time within which trial must commence under the Speedy

Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED: August 29, 2011                Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /S/ Dennis S. Waks
                                      DENNIS S. WAKS
                                      Supervising Assistant Federal Defender
                                      Attorney for Defendant
                                      HERNAN VARGAS-GUTIERREZ

DATE: August 29, 2011                 BENJAMIN B. WAGNER
                                      United States Attorney

                                      /S/ Dennis S. Waks for
                                      MICHELE BECKWITH
                                      Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that this matter is continued to Thursday, September 22, 2011, at 10:00 a.m., for Further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, the period from the date of this stipulation, September 1, 2011, up to and including September 22, 2011, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: August 30, 2011.

_____
UNITED STATES DISTRICT JUDGE